UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KEITH CUNNINGHAM                                           CIVIL ACTION

VERSUS                                                     NO. 11-1896

RONALD BRIGNAC ET AL.                                      SECTION "K" (2)

### ORDER ON MOTION

APPEARANCES: None (on the briefs)

MOTION: Defendants' Motion to Compel Discovery Responses and the Deposition of the Plaintiff, Record Doc. No. 10

O R D E R E D:

 XXX : GRANTED IN PART AND DISMISSED AS MOOT IN PART. Ryan Acomb, counsel for movants, and Stephan Juan, counsel for plaintiff, have jointly advised the court that plaintiff has provided defendants with written responses to the subject discovery requests, and that the motion, previously set for hearing on January 11, 2012, is moot as to that discovery. Accordingly, the motion is dismissed as moot as to defendants' motion to compel written discovery responses.

The parties also advised that plaintiff has agreed to present himself for deposition within 30 days of entry of this order. Accordingly, **IT IS ORDERED** that the motion is granted and that plaintiff must appear for his deposition no later than **February 10, 2012**, which must be at a particular date, place and time to be mutually arranged by counsel and formalized in a filed and served notice of deposition. This is now a court-ordered deposition. Failure to comply with this order may result in the imposition of sanctions pursuant to Fed. R. Civ. P. 37(b)(2). Counsel for defendants waived his request for attorney's fees, which is also therefore dismissed as moot.

New Orleans, Louisiana, this      11th      day of January, 2012.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE